OPINION — AG — ** STUDENTS — INSTRUCTION — COURSES ** QUESTION: CAN OR CANNOT THE PARENTS OF STUDENTS WHO WILL BE IN THE 8TH GRADE NEXT YEAR HAVE THE RIGHT TO DECIDE WHETHER NOR THE INSTRUCTION SHALL BE OFFERED IN SUCH GRADE NEXT YEAR, UPON MAJORITY VOTE AT THE ANNUAL MEETING OR AT A SPECIAL MEETING CALLED FOR SUCH PURPOSE ? — NEGATIVE (TRANSFERRED, STUDENTS, CURRICULUM) CITE: 70 O.S. 8-6 [70-8-6] (J. H. JOHNSON)